UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS<br>*Plaintiff*<br><br>VERSUS<br><br>M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem,* and NAVE SHIPPING SA., *in personam* | CIVIL ACTION NO. ________<br><br>**IN ADMIRALTY,**<br>F.R.C.P. 9(h) AND RULE C |

**COMPLAINT VERIFICATION BY UNSWORN DECLARATION (PER 28 U.S.C. § 1746) PURSUANT TO 46 U.S.C. § 41301 AND 46 C.F.R. § 502.62**

1. My name is ________________ and I am a person of full age and majority, and a resident and domiciliary of Louisiana.

2. I am authorized by Plaintiff The Board of Commissioners of the Port of New Orleans to execute this Verification for purposes of filing this Verified Complaint with the United States District Court for the Eastern District of Louisiana based on my involvement with the events set forth in the Verified Complaint.

3. I have read and reviewed the Verified Complaint, and exhibits thereto, being filed in this matter, and know and am familiar with the contents and allegations thereof.

4. I affirm that the facts and averments alleged in the Verified Complaint, and exhibits thereto, are true and correct based on my personal knowledge and on information and belief, including records and information received from others with knowledge; and/or based on review of said exhibits, records and information obtained therefrom; and I likewise affirm that any legal arguments, legal conclusions, and legal authorities included in the Verified Complaint are based on advices of Plaintiff's counsel in regard to the facts and averments set forth therein.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct and true.

**EXECUTED ON THIS** 13th **DAY OF** November**, 2026.**

NAME: Jean-Paul A. Escudier

TITLE: Chief Legal Officer

The Board of Commissioners of the Port of New Orleans