**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS<br>*Plaintiff*<br><br>VERSUS<br><br>M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and NAVE SHIPPING SA. and Thome Ship Management PTE, Ltd., *in personam* | CIVIL ACTION NO. 2:26-cv-2611<br><br>**IN ADMIRALTY**,<br>F.R.C.P. 9(h) AND RULE C |

**ORDER TO ISSUE WARRANT OF ARREST**

**IT IS HEREBY ORDERED** that the Clerk issue a Warrant of Arrest and such ancillary papers as necessary to accomplish the arrest of the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, along with her engines, tackle, apparel, boilers, furniture, equipment, appurtenances, etc., *in rem*, currently located within the jurisdiction of this Court.

**IT IS FURTHER ORDERED** that the United States Marshal shall detain the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, until further Order of this Court or upon written consent of the Plaintiff, The Board of Commissioners of the Port of New Orleans, to the United States Marshal releasing the vessel from seizure.

**IT IS FURTHER ORDERED** that Plaintiff, The Board of Commissioners of the Port of New Orleans shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the arrest or attachment of the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, while under arrest.

Executed in New Orleans, Louisiana, this __________ day of ____________, 2026.

____________________________________________
UNITED STATES DISTRICT JUDGE