**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS<br>*Plaintiff*<br><br>VERSUS<br><br>M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and NAVE SHIPPING SA. and Thome Ship Management PTE, Ltd., *in personam* | CIVIL ACTION NO. 2:26-cv-2611<br><br>**IN ADMIRALTY**,<br>F.R.C.P. 9(h) AND RULE C |

# WARRANT OF ARREST

**TO THE MARSHAL OF THE EASTERN DISTRICT OF LOUISIANA, OR TO HIS LAWFUL DEPUTY:**

**WHEREAS**, a Verified Complaint has been filed in this Court in the above-captioned action against the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc. (the "Vessel"), praying that process may issue in due form of law and according to the practice of this Court against the said *in rem* Defendant, and for the arrest of the Vessel:

**YOU ARE HEREBY COMMANDED**, in accordance with Supplemental Rule C of the Federal Rules of Civil Procedure and L.A.R. C(2)(a), to arrest, seize, and take into your possession and hold, subject to the Orders of this Court, the following property, to wit:

> M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc. *in rem*, currently in the jurisdiction of this Honorable Court and located at the Port of New Orleans, Louisiana: Thalia Street Terminal, 1350 Port of New Orleans Place

and to give due notice to those in possession of the Vessel.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return thereon promptly after execution thereof.

**SO ORDERED**, in New Orleans, Louisiana, this _____ day of _________, 2026.

CLERK OF COURT

BY:_______________________________________
Deputy Clerk

NOTICE: Rule C(6) of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS provides that a person who asserts a right of possession or any ownership interest in the property that is the subject of this action must file a verified statement of right or interest within 14 days after the process has been executed or within such other time as the court allows and shall file an answer within 21 days after filing the statement of interest or right. The statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action. An agent, bailee or attorney must state the authority to file the statement of right or interest on behalf of another. At the time of answering the complaint, the claimant must also serve answers to any interrogatories served with the complaint. If claimants fail to file such statement of interest and answers as required, default may be entered and condemnation ordered.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).