**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS**

**CIVIL ACTION**

**VERSUS**

**NO. 26-2611**

**M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc., in rem, and NAVE SHIPPING SA. and Thome Ship Management PTE, Ltd., in personam**

**SECTION D (4)**

## ORDER

Before the Court is an *Ex Parte* Motion by The Board of Commissioners of the Port of New Orleans for Issuance of Order and Arrest of a Vessel[1], wherein plaintiff The Board of Commissioners of the Port of New Orleans seeks an Order directing the Clerk of Court to issue a Warrant of Arrest for the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, her engines, tackle, furniture, apparel, appurtenances, etc., in rem, (the "Vessel").

Upon review of the Verified Complaint of The Board of Commissioners of the Port of New Orleans[2], as well as the Complaint Verification[3] and other Exhibits attached to the Verified Complaint, and in consideration of the law, particularly Fed. R. Civ. P. 9(h) and Rule C of the Supplemental Rules for Certain Admiralty &

---

[1] R. Doc. 2.
[2] R. Doc. 1.
[3] Including the Amendment/Supplement to Document Complaint Verification. *See* R. Doc. 4.

Maritime Claims and Local Admiralty Rule 4.1(B), the Court finds that the conditions for a Warrant of Arrest appear to exist and that the Board of Commissioners of the Port of New Orleans has demonstrated that exigent circumstances warrant prompt arrest of the Vessel.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a Warrant of Arrest and such ancillary papers as necessary to accomplish the arrest of the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, along with her engines, tackle, apparel, boilers, furniture, equipment, appurtenances, etc., in rem, currently located within the jurisdiction of this Court and that and to order that either a private process server appointed by this Court or the United States Marshal for the Eastern District of Louisiana arrest and seize the Vessel at its location within this District.

**IT IS FURTHER ORDERED** that the United States Marshal shall detain the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, until further Order of this Court or upon written consent of the Plaintiff, The Board of Commissioners of the Port of New Orleans, to the United States Marshal releasing the vessel from seizure.

**IT IS FURTHER ORDERED** that Plaintiff, The Board of Commissioners of the Port of New Orleans shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims

arising out of the arrest or attachment of the M/V ATLANTIC ASPHALT, bearing IMO No. 9798428, while under arrest.

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with said Warrant of Arrest.

New Orleans, Louisiana, November 13, 2026.

Wendy B Vitter

**WENDY B. VITTER**
**United States District Judge**