UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE BOARD OF COMMISSIONERS OF
THE PORT OF NEW ORLEANS
VS.
M/V ATLANTIC ASPHALT, bearing IMO No. 9798428,
her engines, tackle, furniture, apparel, appurtenances, etc., in rem,
and NAVE SHIPPING SA and THOME SHIP
MANAGEMENT PTE LTD, in personam

WARRANT OF ARREST
CIVIL ACTION
NO: 26-2611
SECTION: D (4)

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy:

GREETING:

You are hereby Commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit:

M/V ATLANTIC ASPHALT
Bearing IMO No. 9798428, her engines, tackle, apparel, boilers, furniture, equipment, appurtenances, etc., in rem

and how you have executed this warrant that you make due and prompt return.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

WITNESS, THE HONORABLE JUDGES OF THIS COURT,

at New Orleans, Louisiana, this 13th day of November, 2026

CAROL L. MICHEL, CLERK

By: ___________________________
Deputy Clerk

NOTE: Rule C(6) of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS provides that a person who asserts a right of possession or any ownership interest in the property that is the subject of this action must file a verified statement of right or interest within 14 days after the process has been executed or within such other time as the court allows and shall file an answer within 21 days after filing the statement of interest or right. The statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action. An agent, bailee or attorney must state the authority to file the statement of right or interest on behalf of another. At the time of answering the complaint, the claimant must also serve answers to any interrogatories served with the complaint

ISSUED FOR: Christopher Hannan , Jones Walker LLP
201 St. Charles Ave. - 48th Floor
New Orleans, LA 70170
504-582-8353